UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | ) ) ) ) | |
| JOSH P. TOLIN | ) ) ) ) | 4:02 MC 183 CEJ |

## ORDER

This Court has been advised by receipt of a certified copy of the April 11, 2006 order of the Supreme Court of Missouri, entered in **In re: Josh P. Tolin**, Cause No. 87352, indicating that Josh P. Tolin has been disbarred from the practice of law by the Supreme Court of Missouri.

Josh P. Tolin has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated May 1, 2006 directing Josh P. Tolin to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served by certified mail at the last known address of Josh P. Tolin and the record reflects delivery at that address on or about May 2, 2006. No response has been filed by Mr. Tolin. This Court therefore finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Josh P. Tolin pursuant to local rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Josh P. Tolin be disbarred and that his name be stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 19th day of ~~June~~ July, 2006.

**BY THE COURT:**

_____
Chief Judge Carol E. Jackson

/s/ Jean C. Hamilton
Judge Jean C. Hamilton

/s/ Donald J. Stohr
Judge Donald J. Stohr

/s/ Charles A. Shaw
Judge Charles A. Shaw

/s/ Catherine D. Perry
Judge Catherine D. Perry

/s/ E. Richard Webber
Judge E. Richard Webber

/s/ Rodney W. Sippel
Judge Rodney W. Sippel

/s/ Henry E. Autrey
Judge Henry E. Autrey